# In the United States Court of Federal Claims

No. 18-1980C
(Filed: February 26, 2019)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**WILLIAM AKINS,**

          **Plaintiff,**

    **v.**

**THE UNITED STATES,**

          **Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

_____

**ORDER**
_____

On February 20, 2019, Defendant filed an unopposed motion for a 45-day enlargement of time to file its response to Plaintiff's Complaint. Defendant's motion is **GRANTED**. Defendant shall file its response by **April 11, 2019**.

                                            s/Mary Ellen Coster Williams
                                            **MARY ELLEN COSTER WILLIAMS**
                                            **Senior Judge**