# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

NO.: 1:18-CV-01980-MCW
Senior Judge Williams

WILLIAM AKINS,
GARY ROUSE, and
RYAN SABIN, Individually,
and each on behalf of a Class of all other
Persons Similarly Situated,

    Plaintiff,
vs.

**CLASS REPRESENTATION**

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF, WILLIAM AKINS

NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiffs that all claims filed by Plaintiff WILLIAM AKINS, are hereby dismissed without prejudice pursuant to Rule 1.420(a), Florida Rules of Civil Procedure. Each party will bear its own attorney's fees and costs. This dismissal shall not affect the claims filed by GARY ROUSE and RYAN SABIN and those Plaintiffs intend to proceed with their claims.

BeharBehar ⬥ 490 Sawgrass Corporate Parkway ⬥ Suite 300 ⬥ Sunrise, Florida 33325
**T:** 954-990-8639   **F:** 954-332-9260   **W:** BeharBehar.com

1 of 2

Respectfully submitted,

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
Michael Harper, Esq.
Florida Bar No.: 052207
BeharBehar
490 Sawgrass Corporate Parkway
Suite 300
Sunrise, FL 33325
Telephone: (954) 990-8639
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April, 2019 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Nathaniel B. Yale, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
**Counsel for The United States of America**

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.

BeharBehar ◆ 490 Sawgrass Corporate Parkway ◆ Suite 300 ◆ Sunrise, Florida 33325
T: 954-990-8639   F: 954-332-9260   W: BeharBehar.com

2 of 2